.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**CRYSTAL J.,**

    **Plaintiff,**

          v.

**Commissioner of Social Security,**

    **Defendant.**

Case No.   **2:23-cv-00827**

**Magistrate Judge Deavers**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on July 20, 2023, this action is remanded to the Commissioner of Social Security.

Date: July 20, 2023

                                          **Richard W. Nagel, Clerk of Court**

                                          By:      /s/ Valerie Brown

                                                      Valerie Brown, Deputy Clerk